UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.   19-60150-CR-RUIZ(s)(s)

UNITED STATES OF AMERICA

vs.

JEFFREY GERMAIN,

        Defendant.
_____/

## FACTUAL PROFFER FOR CHANGE OF PLEA

*Should this matter have proceeded to trial, the Government's evidence would establish beyond a reasonable doubt the following:*

1. On April 4, 2019, detectives from the Broward Sheriff's Office's VIPER and Gang Investigation Units were conducting surveillance to arrest a suspect. As detectives were arresting the suspect, they observed the defendant remove what appeared to be a firearm from his waistband and place it under his seat. They asked the defendant out of the vehicle and found a loaded firearm under the seat and several red capsules containing suspected heroin on his person.

2. On May 31, 2019, the defendant instructed an undercover detective (UC) to meet him at a Popeye's parking lot in Lauderhill, Florida. The UC drove to the aforementioned parking lot and waited the defendant's arrival. Upon arriving at the parking lot, the defendant handed the UC four (4) red capsules containing suspected heroin, and the UC handed the defendant $100 in United States currency. The defendant was the sole occupant of a brown Toyota Corolla bearing Georgia license plate CJX8795. Surveillance units followed the defendant and maintained constant sight of the defendant after the narcotics transaction between the defendant and the UC. The defendant hit two vehicles waiting to turn onto West Sunrise Boulevard. The defendant fled the scene of

the accident and eventually crashed into a tree less than a mile from the initial accident. The defendant immediately exited the vehicle and ran towards several residences in the area. Law enforcement subdued the defendant as he was at the front door of one of the residences. The defendant physically resisted being arrested by law enforcement but was eventually taken into custody. A search of the defendant's vehicle revealed a Stoeger Cougar .40 caliber semi-automatic pistol bearing serial number T6429-14D01484 loaded with twelve (12) rounds of .40 caliber ammunition, twelve (12) red capsules similar to the ones sold to the UC containing suspected heroin, approximately seventeen (17) grams of crack cocaine, eighteen (18) oxycodone pills, a digital scale, and the $100 in United States currency provided by the UC. An analysis of the controlled substances revealed the red capsules actually contained "fentanyl," the suspected crack cocaine did contain cocaine base, and the pills contained oxycodone.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: NOV. 4, 2019

By: _____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

Date: 11-4-19

By: _____
MICHAEL A. GOTTLIEB
ATTORNEY FOR DEFENDANT

Date: 11-4-19

By: _____
JEFFREY GERMAIN
DEFENDANT